UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CARL CAGLE, | Case No. 1:15-cv-00852-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her responsive pleading be extended until March 23, 2016.  This is Defendant's first request for an extension of time to file her responsive pleading.  Defense counsel requires additional time to fully review the administrative record and consider the government's position due to conflicting due dates, as well as a high work load during this time period.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  February 22, 2016          Law Offices of Lawrence D. Rohlfing

By:   /s/ *Monica Perales\**
      Monica Perales
      Attorney for Plaintiff Carl Cagle

1

(* By e-mail authorization on 02/22/16)

Dated: February 22, 2016				BENJAMIN B. WAGNER
							United States Attorney
							DEBORAH LEE STACHEL
							Acting Regional Chief Counsel, Region IX
							Social Security Administration

						By:   */s/ Donna W. Anderson*
							DONNA W. ANDERSON
							Special Assistant U.S. Attorney
							Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant's responsive brief shall be filed by no later than March 23, 2016; and
2. Plaintiff's optional reply brief may be filed by no later than April 11, 2016.

IT IS SO ORDERED.

Dated:   **February 23, 2016**				       **/s/ Sheila K. Oberto**
							UNITED STATES MAGISTRATE JUDGE