UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CARL CAGLE, | Case No. 1:15-cv-00852-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her responsive pleading be extended until April 22, 2016. This is Defendant's second request for an extension of time to file her responsive pleading. Defense counsel requires additional time to fully review the administrative record and consider the government's position due to conflicting due dates, as well as a high workload during this time period. Defense counsel will be busy for the next several weeks working with a group of attorneys on a large discovery production. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: March 21, 2016 | Law Offices of Lawrence D. Rohlfing |
|  | By: /s/ *Monica Perales**<br>Monica Perales<br>Attorney for Plaintiff Carl Cagle<br>(* By e-mail authorization on 03/21/16) |
| Dated: March 21, 2016 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
|  | By: /s/ *Donna W. Anderson*<br>DONNA W. ANDERSON<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant shall file a responsive brief by no later than April 22, 2016; and
2. Plaintiff may file an optional reply brief by no later than May 12, 2016.

IT IS SO ORDERED.

Dated:   **March 21, 2016**                     /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE