Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Carl Leroy Cagle

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL LEROY CAGLE, | ) Case No.: 1:15-cv-00852-SKO |
| | ) |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| CAROLYN W. COLVIN, Acting | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses (the "Stipulation") (Doc. 22):

IT IS ORDERED that fees and expenses in the amount of five thousand

dollars ($5,000.00) as authorized by 28 U.S.C. § 2412(d), be awarded subject to

the terms of the Stipulation.


IT IS SO ORDERED.

Dated:   **October 21, 2016**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

-1-